June 05, 2009

Mr. Louis M. Ditta
Cenatiempo & Ditta, L.L.P.
1400 Post Oak Blvd, Suite 1150
Houston, TX 77056

Mr. Joseph P. Conte Jr.
15818 Heatherdale
Houston, TX 77059
Ms. Karen L. Watkins
McGinnis Lochridge & Kilgore, L.L.P.
600 Congress Ave., Suite 2100
Austin, TX 78701

RE: Case Number: 07-1026
 Court of Appeals Number: 01-05-00603-CV
 Trial Court Number: 284,968-402

Style: LOUIS M. DITTA, GUARDIAN OF THE ESTATE OF DORIS L. CONTE, AN
 INCAPACITATED PERSON
 v.
 SUSAN C. CONTE AND JOSEPH P. CONTE, JR.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. The Motion to Strike Petitioner's
Appendix Brief on the Merits is dismissed as moot.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. M. Karinne |
| |McCullough |
| |Ms. Theresa Chang |